**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE:  Docket Number   2023-CA-1331


Jennie Mary Waldrop

- - Versus - -

Christopher Paul Miley

19th Judicial District Court
Case #: 729095
East Baton Rouge Parish


On Application for Rehearing filed on   08/06/2024 by Christopher Paul Miley

Rehearing    denied

_____

_____
Page   McClendon

_____
Chris   Hester

_____
Steven M. Miller          by CHH


OCT 17 2024
Date

_____
Rodd Naquin, Clerk